AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
**Eastern Division**

Jones

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 12 C 10391

P.N. Financial Inc.

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the Plaintiff and against the Defendant P.N. Financial, Inc. in the total amount of $9,111.20.

Thomas G. Bruton, Clerk of Court

Date: 4/4/2013

_____
/s/ Carmen Acevedo, Deputy Clerk